UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS DIVISION)

| | | |
|---|---|---|
| THE PARISH OF JEFFERSON, | * | CIVIL ACTION NO. 2:18-CV-05246 |
| Plaintiff, | * | JUDGE JAY C. ZAINEY |
| versus | * | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |
| ATLANTIC RICHFIELD COMPANY, et al., | * | SECTION "A" |
| Defendants. | | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Chevron U.S.A. Inc., Chevron U.S.A. Holdings Inc., and Atlantic Richfield Company appeal to the United States Court of Appeals for the Fifth Circuit from this Court's April 21, 2023 order granting Plaintiffs' and Intervenors-Plaintiffs' motion to remand to state court (ECF 76).

Respectfully submitted:

Dated: May 2, 2023

/s/ Alexandra White

Alexandra White (#29478)
lwhite@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
Eric J. Mayer (#14184)
emayer@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

**KEAN MILLER LLP**
Charles S. McCowan III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pam.mascari@keanmiller.com

1

II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

-and-

**KEAN MILLER LLP**
Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
909 Poydras, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3951

*Attorneys for Chevron U.S.A. Inc. and Chevron U.S.A. Holdings Inc.*

-and-

*/s/ George Arceneaux III*
George Arceneaux III (#17442)
garceneaux@liskow.com
**LISKOW & LEWIS**
1200 Camelia Blvd., Suite 300
Lafayette, Louisiana 70508
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

-and-

Nancy G. Milburn (pro hac vice)
nancy.milburn@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 836-8689

*Attorneys for Atlantic Richfield Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                    */s/ Alexandra White*
                                                    Alexandra White